**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**AMARILLO DIVISION**

| | | |
|---|---|---|
| Cody Lee Brooks, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:23-cv-00177 |
| Ponderosa TX Operating, LLC, | § § | |
| Defendant. | § § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Cody Lee Brooks ("Brooks" or "Plaintiff") and Defendant Ponderosa TX Operating, LLC ("LRG" or "Defendant"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that the above-captioned action be dismissed with prejudice, with each party to bear his or its own attorney's fees and costs.

Plaintiff and Defendant, each represented by counsel, jointly stipulate that they have reached a mutual resolution of bona fide disputes between Plaintiff and Defendant relative to the Fair Labor Standards Act ("FLSA"). Accordingly, court approval of this settlement is not required to dismiss this lawsuit.

There are no pending motions in this lawsuit as to any party herein, and the Court has not certified a collective action.

Counsel for all Parties have signed this stipulation below. As such, this stipulation of dismissal with prejudice is appropriate pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and is self-effectuating.

The Parties respectfully request that the Court retain jurisdiction to enforce the settlement agreement reached in this case.

Dated:  May 15, 2024

Respectfully submitted,

By: s/Melinda Arbuckle
    Melinda Arbuckle
    State Bar No. 24080773
    marbuckle@wageandhourfirm.com
    Ricardo J. Prieto
    State Bar No. 24062947
    rprieto@wageandhourfirm.com
    **Wage and Hour Firm**
    5050 Quorum Drive, Suite 700
    Dallas, Texas 75254
    (214) 489-7653 – Telephone
    (469) 319-0317 – Facsimile

    ATTORNEYS FOR PLAINTIFF

By: /s/ Mark D. Temple
    Mark D. Temple, *attorney-in-charge*
    Texas Bar No. 00794727
    Christian E. Vieira, *of counsel*
    Texas Bar No. 24123191
    **Baker & Hostetler LLP**
    811 Main Street, Suite 1100
    Houston, Texas 77002
    Telephone: (713) 751-1600
    Facsimile: (713) 751-1717
    mtemple@bakerlaw.com
    cvieira@bakerlaw.com
    Jeffrey R. Vlasek, *Admitted Pro Hac Vice*
    Ohio Bar No. 0082771
    Key Tower, 127 Public Square, Suite 2000
    Cleveland, Ohio 44114
    Telephone: (216) 861-7421
    Facsimile: (216) 696-0740
    jvlasek@bakerlaw.com

    Matthew W. Sherwood
    Texas Bar No. 24066063
    **McCarn, Weir, & Sherwood, P.C.**
    905 S. Fillmore, Suite 530
    Amarillo, Texas 79101
    Telephone: (806) 350-5395
    Facsimile: (806) 350-5388
    msherwood@mwlawfirm.com

    ATTORNEYS FOR DEFENDANT
    PONDEROSA TX OPERATING, LLC

## <u>CERTIFICATE OF SERVICE</u>

On May 15, 2024, I filed the foregoing document with the clerk of the court using the CM/ECF system. I certify that all counsel of record were served electronically thereby.

s/Melinda Arbuckle
Melinda Arbuckle