IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| CODY LEE BROOKS,<br><br>Plaintiff,<br><br>v.<br><br>PONDEROSA TX OPERATING, LLC,<br><br>Defendant. | 2:23-CV-177-Z-BR |

## NOTICE

Before the Court is the Parties' Joint Stipulation of Dismissal With Prejudice ("Joint Stipulation") (ECF No. 21), filed on May 15, 2024. A plaintiff may dismiss an action without a court order by filing "a stipulation of dismissal signed by all parties who have appeared." FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, the Court **FINDS** that these claims were dismissed "upon the filing of the [S]tipulation" on May 15, 2024. *Emerson v. City of Richardson, Texas*, No. 3:23-CV-399-S-BN, 2023 WL 6149198, at *1 (N.D. Tex. Sept. 20, 2023).

Lastly, the Parties "request that the Court retain jurisdiction to enforce the settlement[.]" ECF No. 21 at 1. Such an arrangement is permissible. *SmallBizPros, Inc. v. MacDonald*, 618 F.3d 458, 463 (5th Cir. 2010). Accordingly, the Court **RETAINS** jurisdiction to enforce the settlement and **DIRECTS** the Clerk to **CLOSE** the case.

The Court issues notice accordingly.

May 23, 2024

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE